IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA L. LEWIS,

    Plaintiff,                                No. 2:11-cv-2930 KJN P

    vs.

WARDEN, PLEASANT VALLEY STATE PRISON, et al.,

    Defendants.                          ORDER

/

        Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

////

////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Within thirty days from the date of this order, plaintiff shall complete the
3    attached Notice of Submission and submit the following documents to the court:

4       a. A complete Application to Proceed In Forma Pauperis By a Prisoner;
5    and

6       b. a certified copy of plaintiff's prison trust account statement for the six
7    month period immediately preceding the filing of the complaint.

8    2. The Clerk of the Court is directed to send plaintiff a new Application to
9    Proceed In Forma Pauperis By a Prisoner; and

10   3. Plaintiff's failure to comply with this order may result in the dismissal of this
11   action without prejudice.

12   DATED: November 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lewi2930.3c+.new

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA L. LEWIS,

      Plaintiff,                                No. 2:11-cv-2930 KJN P

    vs.

WARDEN, PLEASANT VALLEY
STATE PRISON, et al.,                 NOTICE OF SUBMISSION

      Defendants.
_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      _____      Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                            _____
                                            Plaintiff