IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA L. LEWIS,

        Plaintiff,                  No. 2:11-cv-2930 KJN P

    vs.

WARDEN, PLEASANT VALLEY
STATE PRISON, et al.,              ORDER AND

        Defendants.          FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed December 1, 2011, plaintiff was ordered to file a completed in forma pauperis application and a certified copy of his trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or certified trust account statement.

        On December 23, 2011, plaintiff's copy of the order was returned by the postal service marked "no longer at institution." It is plaintiff's obligation to inform the court of any address change. Local Rule 183(b). In an abundance of caution, IT IS HEREBY ORDERED:

        1. That the Clerk of Court randomly assign a district judge to this case; and

        2. That the Clerk of the Court send plaintiff a copy of the December 1, 2011 order

1

1  (dkt. no. 4), along with the copy of the instant findings and recommendations.

2  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
3  without prejudice.

4  These findings and recommendations are submitted to the United States District
5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
6  one days after being served with these findings and recommendations, plaintiff may file written
7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8  Findings and Recommendations."  Any response to the objections shall be filed and served
9  within fourteen days after service of the objections.  Plaintiff is advised that failure to file
10 objections within the specified time may waive the right to appeal the District Court's order.
11 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12 DATED:  January 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

16 /lewi2930.fff